IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTH D. CAPELA, | No. C 11-02811 SBA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

Pursuant to the dismissal order signed today, the petition is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b).

IT IS SO ORDERED.

DATED: 7/25/11

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.11\Capela2811.jud.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BARTH D CAPELA,

        Plaintiff,

  v.

MICHAEL MARTEL et al,

        Defendant.

Case Number: CV11-02811 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barth Dennis Capela V-58262
California State Prison - San Quentin
San Quentin, CA 94974

Dated: July 25, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.11\Capela2811.jud.wpd      2